PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMANDO ESCARCEGA VALDEZ,<br><br>　　　　　　　Defendant. | CASE NO.  5:23-mj-00040 CDB<br>(S.D. Cal. Case No. 3:23-mj-01773)<br><br>MOTION TO UNSEAL CRIMINAL COMPLAINT |

　　　The United States of America hereby applies to this Court for an order unsealing the criminal complaint in this case previously sealed in the Southern District of California on or about May 18, 2023.  As the defendant has been arrested in this District, the undersigned seeks an order unsealing the complaint in this District to facilitate the defendant's initial appearance.

　　　Accordingly, the United States requests that the criminal complaint be unsealed for purposes of defendant's initial appearance in this District.

///

1

```
DATED: October 17, 2023        PHILLIP A. TALBERT
                               United States Attorney


                          By:   /s/Henry Z. Carbajal III
                               HENRY Z. CARBAJAL III
                               Assistant U.S. Attorney
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  5:23-mj-00040 CDB |
| | ) (S.D. Cal. Case No. 3:23-mj-01773) |
| Plaintiff, | ) |
| | ) ORDER ON MOTION TO UNSEAL CRIMINAL |
| v. | ) COMPLAINT |
| | ) |
| ARMANDO ESCARCEGA VALDEZ, | ) |
| | ) |
| Defendant. | ) |

The criminal complaint in this case having been sealed on or about May 18, 2023, and it appearing that such complaint should be unsealed based on the government's motion,

IT IS HEREBY ORDERED that the criminal complaint be unsealed and made public record.

IT IS SO ORDERED.

Dated:  **October 17, 2023**

UNITED STATES MAGISTRATE JUDGE

3